F I L E D
Clerk
District Court
JUN 15 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DENNIS CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br><br>    Defendant. | Civil Case No. 17-00017<br><br>ORDER OF DISMISSAL |

WHEREAS the parties have reached a settlement in this civil action and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, have stipulated to dismissal of this action and have requested that the Court retain jurisdiction for the purpose of enforcing the terms of the settlement (ECF 41),

NOW THEREFORE, this action is dismissed with prejudice; provided, however, the Court will retain jurisdiction for the purpose of enforcing the terms of the settlement.

**SO ORDERED** on June 15, 2018.

_____
RAMONA V. MANGLONA, Chief Judge